| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | CARLO D. MARCHIOLI (PABN 309217)<br>Special Assistant United States Attorney |
| 4 | |
| 5 | 228 Walnut Street, Suite 220<br>P.O. Box 11754 |
| 6 | Harrisburg, PA 17108<br>Telephone: (717) 221-3734 |
| 7 | FAX: (717) 221-4493<br>carlo.d.marchioli@usdoj.gov |
| 8 | |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROBERTA RONIQUE BELL, | ) | NO. 17-CV-07346 LHK |
| Petitioner, | ) | |
| v. | ) | RESPONDENT'S STATEMENT OF RECENT DECISION |
| WARDEN FCI DUBLIN, | ) | |
| Respondent. | ) | |

Pursuant to Local Civil Rule 7.3(d)(2), the Government notifies the Court that on April 14, 2020, the Third Circuit issued the attached precedential opinion reversing the judgment of acquittal that was entered in *United States v. Willie Tyler*, No. 96-cr-106 (M.D. Pa.).

DATED: April 14, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Carlo D. Marchioli
CARLO D. MARCHIOLI
Special Assistant United States Attorney

RESPONDENT'S STATEMENT OF RECENT DECISION
NO. 17-CV-07346 LHK

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I, Carlo D. Marchioli, certify that I am an employee of the United States Attorney's Office, |
| 3 | Middle District of Pennsylvania, over 18 years of age, and not a party to the within action. |
| 4 | On April 14, 2020, in the case of *Bell v. Warden FCI Dublin*, No. 17-cv-7346 LHK, I served a |
| 5 | copy of the following: |
| 6 | • Respondent's Statement of Recent Decision |
| 7 | by the Court's CM/ECF system, to the individual listed below: |
| 8 | Edward J. Rymsza, Esquire |
| 9 | rymsza@comcast.net |
| 10 | I declare under penalty of perjury that the foregoing is true and correct. |
| 11 | Executed on April 14, 2020, in Harrisburg, Pennsylvania. |
| 13 | /s/ Carlo D. Marchioli |
| 14 | CARLO D. MARCHIOLI<br>Special Assistant U.S. Attorney |

CERTIFICATE OF SERVICE
NO. 17-CV-07346 LHK